**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                              **Case No. 8:04-cr-561-T-23TBM**

**BOBBY LEE HAYES,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the court on the Defendant's **Emergency Unopposed Motion for Furlough to Allow Defendant to Attend Newborn Son's Funeral** (Doc. 39). By this motion the Defendant seeks an order permitting his release from the Hillsborough County Jail so that he may attend the funeral services of his infant son. The motion is unopposed by the government. For reasons more thoroughly addressed at the hearing, the motion is **GRANTED**. Mr. Hayes is permitted a furlough from 4:00 p.m., Friday, October 14, 2005, until 1:00 p.m., Sunday, October 16, 2005, so that he may attend the services for his son. While on release, the Defendant shall reside at the residence of Cerise Boyd at 2065 No. Highland Ave., Clearwater, Florida. The United States Marshal and officials at the Hillsborough County Jail are ordered to **release** the Defendant by no later than 4:00 p.m.,

October 14, 2005, and permit his **surrender** at the jail on or before 1:00 p.m., October 16, 2005.

      **Done and Ordered** in Tampa, Florida, this 12th day of October 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal